IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PRINCETON BROWN,

     Appellant,

v.

STATE OF FLORIDA, JULIE L.
JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1356

_____/

Opinion filed January 12, 2015.

An appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

Princeton Brown, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Tallahassee, for
Appellees.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., CLARK, and MARSTILLER, JJ., CONCUR.